# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RUSSELL ALLEN HARRINGTON

*Plaintiff*

v.

PATRICK GLEBE

*Defendant*

Civil Action No. 4:15-CV-05014-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Mr. Harrington's 2254 habeas petition is DENIED. Judgment shall be entered in Defendant's favor dismissing with prejudice the Petition under 28 U.S.C. 2254 for Writ of Habeas Corpus by a Person in State Custody. File closed. After a thorough review of the record, the Court elects not to issue a certificate of appealability because Mr. Harrington has not "made a substantial showing of the denial of a constitutional right."

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: January 26, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy